# EXHIBIT A

Declaration of Mark K. Salvo

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

WESTERN WATERSHEDS PROJECT
and WILDEARTH GUARDIANS,

                    Plaintiffs,

v.

U.S. FISH AND WILDLIFE SERVICE;
BRIAN NESVIK, in his official capacity as
Director for the U.S. Fish and Wildlife
Service; and DOUG BURGUM, in his official
capacity as Secretary of the Interior,

                    Defendants.

Case No.:

**DECLARATION OF MARK K. SALVO**

I, MARK NELSON SALVO, declare as follows:

1.      My name is Mark Nelson Salvo. I reside in Bend, Oregon. The matters stated in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify to them truthfully.

2.      I submit this declaration in support of Western Watersheds Project's ('WWP') challenge to the U.S. Fish and Wildlife Service's ('FWS') failure to issue a 12-month finding on a petition to list the pygmy rabbit (*Brachylagus idahoensis*) under the Endangered Species Act ('ESA'). The relief sought in this case—an order compelling FWS to issue the overdue 12-month finding by a date certain—would redress the injuries described below by advancing long-delayed federal decisionmaking and the protections that may follow from it.

Declaration of Mark K. Salvo             1

**PROFESSIONAL AND PERSONAL BACKGROUND**

3.      I have devoted my career to protecting and restoring desert ecosystems and wildlife – especially sagebrush steppe. A lifelong Oregonian, I have also lived in other locales, including Washington, D.C., where I advocated for conservation of sagebrush habitats and the hundreds of species of flora and fauna that depend on them. I even helped coin the term "The Sagebrush Sea" to convey the majesty of this expansive, but endangered iconic western landscape. I care deeply about the stewardship of public lands, waters and wildlife, and the application of the best available science and practices to protect and restore these resources.

4.      I earned a law degree from the University of Oregon School of Law with an emphasis on conservation law and policy, and I graduated from the University of Oregon Honors College where I studied environmental politics and policy in Oregon.

5.      I am a dues-paying member of Western Watersheds Project and have been for at least 15 years. Several years ago, I received the organization's "Sagebrush Sentinel" award recognizing my commitment to conserving the Sagebrush Sea and its wildlife.

6.      I am currently a Senior Advisor for the Oregon Natural Desert Association ('ONDA'), after serving as ONDA's Conservation Director for six years. Prior to joining ONDA, I spent more than twenty years working for organizations dedicated to conserving wildlife and wilderness on public lands in the West. While at American Lands Alliance from 1998-2003, I prepared and submitted petitions to list multiple Sagebrush Sea species and populations as threatened or endangered under the ESA. From 2000-2013, I worked as the Sagebrush Sea Campaign director for American Lands Alliance and then WildEarth Guardians, where I wrote extensively on the loss and degradation of sagebrush ecosystems and advocated for stronger protections for species like the greater sage-grouse and Gunnison sage-grouse. I then

Declaration of Mark K. Salvo                    2

spent seven years, from 2013-2020, at Defenders of Wildlife where I was promoted to Vice President of Landscape Conservation to lead the organization to develop and implement complex planning and policy initiatives for public lands and wildlife nationwide, including for the Sagebrush Sea. My decades of experience have included engagement on both individual landscapes and broader regional and national policy issues affecting sagebrush habitats.

7.    My professional experience includes extensive research and advocacy for conservation of sagebrush-obligate species and sagebrush steppe, including participation in cooperative meetings and field work with federal and state agencies, local stakeholders, landowners, and public land users. I have written and spoken publicly about threats to sagebrush ecosystems and wildlife, including invasive plant species, altered fire regimes, and fragmentation from development and infrastructure. I have helped "brand" and communicate the importance of sagebrush country to the public and decisionmakers, including by developing and disseminating a comprehensive booklet, attached as **Exhibit 1**. I have served as a resource and spokesperson to the news media for decades, including the New York Times[1] and Montana PBS,[2] and presented to the broader public about threats to the sagebrush ecosystem and the wildlife that depends on it. I have sought to collaborate for decades on solutions for conserving sagebrush habitats with a wide range of stakeholders—including ranchers, miners, and energy developers—and I have provided technical input on legislation and public-lands proposals affecting sagebrush habitats dating back to at least the Clinton administration.

---

[1] https://www.nytimes.com/2005/01/02/sports/othersports/heres-to-a-year-of-preserving-the-majesty.html.

[2] https://www.pbs.org/wnet/nature/sagebrush-sea-about/12170/.

Declaration of Mark K. Salvo                3



*Figure 1*. *Attending a Tri-Corner Community Collaborative meeting in Lake County to consider management and conservation alternatives for the Greater Hart-Sheldon region in Oregon's high desert -- key habitat for pygmy rabbit in the northern Great Basin. I took this photo on April 14, 2025.*

8.      In more recent years, I have focused on land-use planning and policy engagement in Oregon's high desert. This work includes participation in agency processes and the development or refinement of public-lands plans that affect sagebrush habitat condition, connectivity, and resilience—core issues for pygmy rabbits given the species' dependence on intact, big sagebrush habitats that are vulnerable to fragmentation and habitat conversion. For example, in the last two years, I led Oregon Natural Desert Association to analyze, comment, meet with agency decisionmakers and then shepherd four federal planning processes to completion that have elevated conservation management across 10 million acres of desert public

Declaration of Mark K. Salvo                    4

lands in eastern Oregon. Recent records of decision for the Southeastern Oregon Resource Management Plan Amendment, Lakeview Resource Management Plan Amendment,  Greater Sage-Grouse Approved Resource Management Plan Amendment for Oregon, and the Utility-Scale Energy Development Programmatic Environmental Impact Statement/Resource Management Plan Amendment help promote habitat conservation, protect wilderness values, and limit certain development in the best remaining federally managed sagebrush habitats in the state.

### MY INTERESTS IN THE PYGMY RABBIT AND ITS HABITAT

9.      I have strong personal, recreational, scientific, and professional interests in the continued existence of the pygmy rabbit and the protection of the intact sagebrush habitats that the species depends upon. Beginning with childhood excursions camping and trout fishing on the Deschutes River, I've long been connected to eastern Oregon. In law school, I became increasingly aware of the importance of the greater sagebrush ecosystem and began exploring opportunities to work on conserving the landscape.  I now regularly visit and recreate in Oregon's Sagebrush Sea for my own personal enjoyment and as part of my work advocating for the ecosystem and its unique wildlife.

Declaration of Mark K. Salvo                5



**Figure 2**. *Surveying sagebrush habitats on public lands in eastern Oregon for condition, intactness and wilderness characteristics. My associate at Oregon Natural Desert Association took this photo on May 20, 2025*.

10.     Whenever I am in or near suitable habitat, I look for pygmy rabbits and signs of their presence such as tracks, scat, and burrow complexes. Though I cannot be certain due to the brief nature of the encounter, I believe I saw a pygmy rabbit sometime in 2010 or 2011.

11.     In early April 2026, I visited Hart Mountain National Antelope Refuge in Oregon to help with a native plant restoration project. During that visit, refuge staff explained that habitat considered important for pygmy rabbits had been severely damaged or destroyed by a wildfire that occurred approximately two years earlier. Seeing the extent of the burned sagebrush habitat—an area that once served as a stronghold for a healthy population of pygmy rabbits— was upsetting to me and reinforced my concern about the status of the pygmy rabbit and the vulnerability of its habitat.

Declaration of Mark K. Salvo                              6



*Figure 3*. Hart Mountain National Antelope Refuge, a stronghold for pygmy rabbit, suffered a massive wildfire in 2024. The species cannot make use of the burned skeletons remaining of what was a huge expanse of mountain and big sagebrush. I took this photo on April 11, 2026.



*Figure 4*. *Restoration planting event on Hart Mountain National Antelope Refuge that I joined in April 2026 to restore burned habitats immediately adjacent to where the refuge biologist said wildfire had extirpated an important pygmy rabbit colony. I took this photo on April 11, 2026.*

12.    I have also communicated information about pygmy rabbits and their

conservation needs. For example, I developed a fact sheet, attached as **Exhibit 2**, describing

pygmy rabbit occurrence in eastern Oregon and why conserving the species there is important to

its persistence. The research underlying that fact sheet was supported by funding from a

Declaration of Mark K. Salvo                8

foundation for which I serve on the board of directors, the Greater Hart-Sheldon Conservation Fund. This full-circle effort reflects my deep commitment to and involvement in pygmy rabbit and sagebrush steppe conservation. I have also supported and helped advance research and field-based efforts around Hart Mountain aimed at understanding post-fire sagebrush recovery (including in areas without livestock grazing), an issue that bears directly on pygmy rabbit conservation.

13.     I have concrete plans to return to sagebrush-steppe landscapes in the near future. For example, during the last week of June 2026, I plan to be at Hart Mountain again with two tenured university professors, two Ph.D. students, and members of the public to implement a research project to understand post-fire sagebrush conservation, management and recovery. During that trip we will take photographs, collect data, and use monitoring tools such as remote cameras to measure response over time. While conducting this work, I intend to look for pygmy rabbits and signs of their presence.

**THREATS TO THE PYGMY RABBIT AND ONGOING HARMS**

14.     Based on my decades of experience in sagebrush conservation and what I have observed in the field, I believe the compounding effects of climate change, invasive plant species and unnatural wildfire have now become an existential threat to sagebrush ecosystems and to pygmy rabbits in particular. Invasive annual grasses and other weeds can spread rapidly following disturbance and can increase fire frequency and severity, which in turn eliminates mature sagebrush structure. Climate change is increasing stress on these systems through hotter temperatures, drought, and extreme fire weather, further elevating risks to sagebrush and resident wildlife.

15.     Many land uses permitted on public lands exacerbate these threats and can directly eliminate pygmy rabbit habitat. Livestock grazing, off-highway vehicle use, transmission and other linear developments, and energy and mineral extraction can disturb soils, spread invasive species, fragment and eliminate habitat, and increase ignition and wildfire risks. These impacts are especially harmful to pygmy rabbits because they rely on relatively large, connected areas of mature big sagebrush with soils suitable for burrowing and cannot emigrate long distances or across unsuitable habitat to form new colonies. Habitat fragmentation closes or narrows movement corridors and isolates populations, which increases vulnerability of small populations and reduces the likelihood that pygmy rabbits can recolonize habitat after disturbances such as wildfire.

16.     I am concerned that current planning, management, and development decisions across pygmy rabbit range do not consistently recognize or avoid pygmy rabbit habitat. Through my policy and planning work, I have observed that pygmy rabbit habitat is not consistently treated as a constraint or avoidance feature in development siting and screening frameworks (including for large-scale renewable energy siting), even though similar frameworks often protect other resources such as sage-grouse habitat and cultural sites and resources. This gap is significant because it increases the likelihood that projects and land uses will be proposed or authorized in areas important to pygmy rabbits without adequate consideration of the species' needs—one reason timely ESA decisionmaking is important.

17.     For example, current solar energy planning for a 4,100-acre project on private and state lands in eastern Oregon would entirely surround an isolated, but persistent colony of pygmy rabbits. Although recognized as a state Species of Greatest Conservation Need, the state has few options to shape development to avoid deleterious impacts of development on this population.

Declaration of Mark K. Salvo                    10

The lack of federal protection for pygmy rabbit as it would apply to proposals like this one is glaring and could lead to further contraction of the species' population in Oregon.

**INJURY FROM FWS'S FAILURE TO ISSUE THE 12-MONTH FINDING**

18.    On March 6, 2023, WWP and others submitted a petition to FWS requesting that the pygmy rabbit be listed as threatened or endangered under the ESA. On January 25, 2024, FWS issued a positive 90-day finding on that petition, concluding that the petition presented substantial information indicating that listing the pygmy rabbit may be warranted. Despite that positive 90-day finding, FWS has not issued the required 12-month finding.

19.    FWS's failure to issue the 12-month finding unlawfully delays a critical federal decision about whether ESA protections are warranted for the pygmy rabbit, which is a species I care about and seek to observe and study. Every year of delay matters because sagebrush steppe landscapes are undergoing rapid change from invasive species, wildfire, and climate-related stressors. The delay increases the risk that pygmy rabbit habitat will be further degraded, fragmented, or converted while agencies and other decisionmakers proceed without the heightened scrutiny and conservation focus that often accompanies ESA listing decisions. During the period of delay, disturbances and land uses that spread invasive species and contribute to wildfire can continue, and once sagebrush habitat is lost, it can take many years or decades to recover—if it recovers at all.

20.    I also have a personal and professional stake in timely, science-based decisionmaking about wildlife conservation more broadly. When FWS fails to act on time, it deprives me of the opportunity to have the agency decide—based on the best available science— whether a species and ecosystem I've dedicated my career to conserving warrants ESA protections now, when those protections are most urgently needed. FWS's failure to issue the 12-

Declaration of Mark K. Salvo                    11

month finding prolongs the period during which the pygmy rabbit lacks whatever additional protections or conservation measures might follow from a timely 12-month finding and listing determination, including increased attention to pygmy rabbit habitat in federal planning and project decisions.

21.     A court order compelling FWS to issue the overdue 12-month finding would help fix these problems. Requiring FWS to act will advance the listing process and end the unlawful, ongoing delay. A timely 12-month finding would also provide critical information to the public and land managers.

22.     More broadly, I believe the Sagebrush Sea is facing an immediate, ongoing existential threat from invasive species, wildfire, and climate change. Even remote, wild portions of the landscape are now at risk of being invaded, burned, and converted to a new habitat type hostile to native species. In this context, ESA deadlines are important because they ensure timely federal action in the face of rapidly changing conditions. The pygmy rabbit needs attention and protection now, not later.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

May 12, 2026.

_____
Mark Nelson Salvo

Declaration of Mark K. Salvo                    12

Declaration of Mark N. Salvo

# Exhibit 1



# THE SAGEBRUSH SEA

"...in the sagebrush lands of the West....the natural landscape is eloquent of the interplay of the forces that have created it. It is spread before us like the pages of an open book in which we can read why the land is what it is and why we should preserve its integrity. But the pages lie unread."

Rachel Carson 1962
*Silent Spring*

*Oregon Buttes, Wyoming* — SCOTT SMITH

> "With remarkable variety in combinations of species, the metaphorical sagebrush ocean embraces currents, tides, eddies and embayments. This is a complex and dynamic sea."
>
> Stephen Trimble 1989
> *The Sagebrush Ocean*

**T**he Sagebrush Sea covers approximately 150 million acres of the American West, one of the most extensive ecosystems in North America. The heart of the Sagebrush Sea is shaped by the Columbia River, the Great Basin and the Wyoming Basin. It extends from the east side of the Cascade Mountains in Washington and Oregon, across the Snake River Plain in Idaho, east to western and central Wyoming, southwestern Montana, and the western edge of the Dakota grasslands, and south into western Colorado, northern New Mexico and Arizona. The Sagebrush Sea includes northeastern California along the Oregon and Nevada border east of the Sierra Nevadas, northern and central Nevada south to the Mojave Desert and the high plateau country of Utah west of the Wasatch Range.



where streams flow from the mountains into valleys without any outlet to the ocean, contributing to the unique nature of this landscape.

The Sagebrush Sea includes portions of several ecoregions: what is known as the sagebrush steppe of the Columbia and Snake River basins – in the northern reaches of the region – the Great Basin sagebrush ecosystem to the south, and the grasslands of eastern Montana, the Wyoming Basin and western Dakotas. With dramatic changes in elevation and moisture, this is an incredibly varied landscape, home to numerous distinct plant communities, each of which supports a great diversity of flora and fauna.

> "Remember that the yield of a hard country is a love deeper than a fat and easy land inspires, that throughout the arid West the Americans have found a secret treasure…a stern and desolate country, a high bare country, a country brimming with a beauty not to be found elsewhere."
>
> Bernard DeVoto 1943
> *The Year of Decision: 1846*

*Black Rock Desert, Nevada* — KIRK PETERSON

## Facts about the Sagebrush Sea

Historically, the Sagebrush Sea covered about 270 million acres. Today, because of land use, only 150 million acres remain and throughout much of this region exotic grasses and weeds now dominate native vegetation. Some sagebrush species have lost approximately 50 percent of their historic native habitat.[1]

Over 100 bird, 70 mammal and 23 reptile and amphibian species depend on the Sagebrush Sea ecosystem.[2] In the Intermountain West, more than 50 percent of grassland and shrubland bird species show downward population trends.[3]

A number of the fastest growing counties in the interior West – the fastest growing region of the country – are in the Sagebrush Sea, in Colorado, Idaho, Nevada, Oregon, and Utah.[4] Partly because of this growth, recreational visits to BLM lands are expected to increase 5 percent annually.[5]

About 99 percent of basin big sagebrush in the Snake River Plain of Idaho has been converted to agriculture.[6]

Approximately 90 percent of the shrub-steppe grassland that makes up much of the Sagebrush Sea in Oregon and southwestern Washington has been lost.[7]

Weeds spread through Western federal lands at an estimated 4000 to 5000 acres per day,[8] contributing to the endangerment or extinction of 33 percent of at-risk plant species.[9]

Much of the Sagebrush Sea is publicly owned, managed by the Bureau of Land Management. The BLM manages more land than any other federal land management agency but with less funding per acre than any other. The current BLM operating budget amounts to $2.82 per acre per year.[10]

Of the approximately 150 million remaining acres of the Sagebrush Sea, about 2 million acres are protected wilderness – less than 2 percent of the region.

# Where and What is the Sagebrush Sea?

The Sagebrush Sea is a landscape of dramatic contrasts and subtlety. While to some the dry, rocky hillsides and apparently endless bluffs of sage, juniper, piñon, mountain mahogany and bitterbrush appear monotonous and "barren," they teem with wildflowers, aromatic and flowering shrubs, birds and great variety of other animals. This is expansive country. The horizon extends for 360 degrees and the sky arches high over the cedar, mustard-yellow and sea-green slopes. Pronghorn race across huge grassy basins and bighorn sheep balance on steep cliff sides. There are lakes, rivers, streams, springs and wetlands, hot springs, volcanic rock formations and mountain ranges – some rising to over 9000 feet.

The watersheds and river basins of the Sagebrush Sea include the eastern portion of the Columbia Basin, with its major tributaries, the Yakima, Deschutes, John Day, Owyhee, Boise and Snake Rivers. Toward the eastern edge of the region flow the Colorado, the Green and Wind Rivers, the Missouri and some of its headwater tributaries. Through its southwestern basins flow the Humboldt, Pit, Truckee and Walker Rivers.

The Sagebrush Sea is high country – much of it over 4000 feet in elevation with mountains rising 5000 to 6000 feet or higher above the desert floor. It is basin and range country where long, steep ridges of volcanic uplift and fault-block mountains flank broad basins and valleys. The Saddle Mountains and Rattlesnake Hills north of the Columbia River, the Warner Mountains, Steens Mountain, Hart Mountain, Owyhees, Sheep Creek and Pueblo Mountains in southeastern Oregon and Idaho, the White Mountains and Bodie Hills of northern California, Nevada's Shoshone, Diamond and Ruby Mountains, Wyoming's Green Mountains and Bear River Range, the Absarokas and Big Horn Mountains, the Crazy Mountains in Montana, the San Juan Mountains and Uncompahgre Plateau in Colorado – these are some of the ranges that frame the basins of the Sagebrush Sea.

Much of the Sagebrush Sea is described as "high desert," with intensely hot summers but cold, snowy winters. While overwhelmingly dry, sagebrush country contains important wetlands – including the Malheur and Warner Lakes, Lake Abert, Mono Lake and the Great Salt Lake – as well as the remnants of many alkali and now dry ancient lakebeds. Within the Great Basin itself are many smaller closed basins



*Bannock Pass, Idaho* — GEORGE WUERTHNER



*Great Basin Collared Lizard* — KIRK PETERSON

2

3



*Jarbidge Mountains, Jarbidge Wilderness, Nevada — SCOTT SMITH*

## Birds of the Sagebrush Sea

**"Of the twenty-seven different orders [of birds] recognized by ornithologists, seventeen are represented by one or more species which regularly occur as residents, migrants or visitants in the Great Basin."**

Fred A. Ryser, Jr. *1985*
*Birds of the Great Basin*

# Flora and Fauna of the Sagebrush Sea

American avocet
American bittern
American coot
American crow
American dipper
American goldfinch
American kestrel
American robin
American white pelican
American wigeon
Ash-throated flycatcher
Bald eagle[†]
Bank swallow
Barn swallow
Belted kingfisher
Black swift
Black tern
Black-billed magpie
Black-chinned hummingbird
Black-chinned sparrow
Black-crowned night-heron
Black-headed grosbeak
Black-necked stilt
Black-shouldered kite
Black-throated sparrow
Blue grosbeak
Blue grouse
Blue-gray gnatcatcher
Blue-winged teal
Bohemian waxwing
Brewer's blackbird

Brewer's sparrow
Broad-tailed hummingbird
Brown creeper
Brown pelican
Brown-headed cowbird
Bullock's oriole
Burrowing owl
Bushtit
California gull
California quail
Calliope hummingbird
Canada goose
Canvasback
Canyon wren
Caspian tern
Cassin's finch
Cattle egret
Cedar waxwing
Chipping sparrow
Cinnamon teal
Clark's nutcracker
Cliff swallow
Common loon
Common moorhen
Common nighthawk
Common poorwill
Common raven
Common snipe
Cooper's hawk
Dark-eyed junco
Double-crested cormorant

**T**he Sagebrush Country is a highly varied and complex landscape, filled with a diversity of species that have adapted themselves to the region's variations in elevation, moisture and temperature. While "sagebrush" dominates visually, there are actually many different kinds of sagebrush, growing in communities with other shrubs, trees, grasses and wildflowers to create a rich mosaic of vegetation that support a host of animal and insect species.

The use and abuse of the Sagebrush Sea — the draining and diversion of its streams and wetlands, the conversion of sagebrush and native grasses to cropland and exotic forage plants, the invasion of weed and other non-native species, a century or more of intensive livestock grazing and human-imposed unnatural wildfire regimes along with human settlements and development — have upset the delicate balance of the landscape. The region's riparian areas and wetlands — some of which are home to fish species that live nowhere else — provide habitat for the greatest diversity of species. Yet

these areas are among some of the most threatened in the region. Consequently, both rare and once common species are now imperiled. If current land uses continue without modification, the future of many Sagebrush Sea species will be uncertain and difficult to recover.

In these pages we note a sampling of flora and fauna that live in and depend on the Sagebrush Sea. These species include those found in the sagebrush and grass communities of the region, the area's wetlands, its high alpine reaches and its intermingled woodlands.

Historically, the Sagebrush Sea has been treated as a monotonous landscape. There is, however, an astonishing variety of sagebrush with numerous species and subspecies throughout the American West. What makes sagebrush so distinct is how finely adapted it is to the low and varied moisture conditions and ranging elevations of this region. Its soft grayish-green leaves remain green year round, providing a vital source of food for Sagebrush Sea wildlife.

At the very highest elevations that receive substantial

snowfall, grows *subalpine big sagebrush*. Lower down mountain slopes is *mountain big sagebrush*. At lower and drier elevations grow *Wyoming big sagebrush* and *basin big sagebrush*. Where the soils are thinner and still drier grow the smaller varieties of sagebrush — *black sagebrush*, *dwarf sagebrush* among them. One study of the Owyhee Canyonlands identified 36 sagebrush communities types — various species and subspecies of sagebrush and their grass and wildflower understories.

The mosaic of vegetation in the Sagebrush Sea provides food and shelter for many species of birds, small and large mammals, reptiles, amphibians and insects. Sagebrush itself is an essential food source — especially in winter — for sage grouse, pygmy rabbits, sagebrush vole, pronghorn, mule deer and elk. It also provides protective cover for young grouse, rabbits and fawns as well as for nests of sage grouse, sage sparrow, sage thrasher and Brewer's sparrow. The following are some of the sagebrush obligate species — without sagebrush habitat they could not survive.

**Sage Grouse.** The sage grouse is a striking and charismatic bird that derives its name, food and shelter from the sagebrush on which it depends. Slightly less than 2 feet size, both males and females are a mottled, brownish-gray. Males weigh up to six pounds; females half as much. White chest feathers and specialized head feathers distinguish cocks during the spring breeding season. Cocks have long black tail feathers with white tips, while female tail feathers are mottled black, brown, and white.

*Sage Grouse — TERRY STEELE*

The sage grouse mating ritual is fascinating to observe, and often described as among the most stirring and colorful natural history pageants in the West. In early spring, at dawn and often at dusk, males congregate on "leks" — ancestral strutting grounds to which birds return year after year — in areas of scattered sagebrush. Leks vary in size from one to forty acres and may be up to fifty miles from wintering areas.

To attract a hen, cocks strut, fan their tail feathers and swell their breasts to reveal bright yellow air sacs. Their wing movements, inflating and deflating air sacs make an acoustic "swish-swish-coo-oo-poink!" Cocks may strut throughout the night when the moon is bright.

Throughout the year, sage grouse prefer different seasonal habitats consisting of sagebrush, grasses, forbs, and other desert flora. Chicks feed on insects found in the grasses along with forbs which also provide essential nutrition for nesting hens. Summer range is a combination of sagebrush and forb-rich areas, including wet meadows and riparian areas. Sage grouse eat only sagebrush during the winter, so good winter range provides grouse access to sagebrush under all snow conditions. Consequently, sage grouse require vast expanses of healthy sagebrush habitat with a thriving mosaic of natural vegetation and functioning hydrologic systems.

The common species of sage grouse is known as the northern or greater sage grouse. A second species, of much smaller range and smaller physical size is the Gunnison sage grouse, now found only in southwestern Colorado and a small part of Utah.

**"In time there were two as perfectly adjusted to their habitat as the sage. One was a mammal, the fleet and graceful pronghorn antelope. The other was a bird, the sage grouse – the 'cock of the plains' of Lewis and Clark."**

Rachel Carson 1962
*Silent Spring*

Downy woodpecker
Dusky flycatcher
Eared grebe
Eastern kingbird
European starling
Evening grosbeak
Ferruginous hawk
Fox sparrow
Gadwall
Golden eagle
Grasshopper sparrow
Gray flycatcher
Gray vireo
Great blue heron
Great egret
Great horned owl
Greater sage grouse[‡]
Green-backed heron
Green-tailed towhee
Green-winged teal
Gunnison sage grouse[‡]
Hairy woodpecker
Hermit thrush
Horned Lark
House finch
House wren
Killdeer
Lark sparrow
Lazuli bunting
Least bittern
Lesser goldfinch
Lesser scaup
Lewis woodpecker
Lincoln's sparrow
Loggerhead shrike
Long-billed curlew
Long-eared owl
Mallard
Marsh wren
McGillivray's warbler
Mountain bluebird
Mountain chickadee
Mountain quail
Mourning dove
Nashville warbler
Northern flicker
Northern harrier
Northern oriole
Northern pintail
Northern pygmy owl
Northern rough-winged swallow
Northern shoveler
Orange-crowned warbler
Osprey
Peregrine falcon
Pied-billed grebe
Pine grosbeak
Pine siskin
Pinyon jay
Plain titmouse
Prairie falcon
Red crossbill
Red-breasted nuthatch
Redhead
Red-tailed hawk
Red-winged blackbird

Ring-billed gull
Rock dove
Rock wren
Rose-breasted grosbeak
Rosy finch
Rough-legged hawk
Ruby-crowned kinglet
Ruddy duck
Rufous hummingbird
Rufous-sided towhee
Sage sparrow
Sage thrasher
Sandhill crane
Savannah sparrow
Say's phoebe
Scott's oriole
Scrub jay
Sharp-shinned hawk
Sharp-tailed grouse
Short-eared owl
Snowy egret
Song sparrow
Sora
Spotted sandpiper
Steller's jay
Summer tanager
Swainson's hawk
Swainson's thrush
Three-toed woodpecker
Townsend's solitaire
Tree swallow
Tricolored blackbird
Trumpeter swan
Tundra swan
Turkey vulture
Veery
Vesper sparrow
Violet-green swallow
Virginia rail
Virginia's warbler
Water pipit
Western bluebird
Western flycatcher
Western grebe
Western grebe
Western kingbird
Western meadowlark
Western screech-owl
Western snowy plover[†]
Western tanager
Western wood-pewee
Western yellow-billed cuckoo[‡]
White-crowned sparrow
White-faced ibis
White-headed woodpecker
White-throated swift
Willet
Willow flycatcher
Wilson's phalarope
Wilson's warbler
Wood duck
Yellow warbler
Yellow-bellied sapsucker
Yellow-billed cuckoo
Yellow-breasted chat
Yellow-headed blackbird



*Big Sagebrush* — SCOTT SMITH

# Sagebrush Varieties

**Sagebrush or** *artemisia* (its genus) are the most widely distributed native shrubs in the western United States. Sagebrush originally covered nearly 270 million acres, ranging from sea level to nearly 12,000 feet and in places that receive only 8 inches of rain per year. Nearly all varieties of sagebrush are endemic to the western United States, growing nowhere else in the world.[11]

**Mountain, tall or big sagebrush** grows at 4,500 – 10,000 ft., from CA to the Rocky Mountains, as far east as NE and from Canada to Mexico. Its crushed leaves have a minty, camphor-like odor.

**Wyoming big sagebrush** grows at 5,000 – 7,000 ft., in WY, MT, ID, CO and SD.

**Basin big sagebrush** grows at 1,500 – 10,600 ft., from MT south to NM and throughout all the Western states into ND. The crushed leaf of this subspecies has a pungent sharp odor.

**Subalpine big sagebrush** grows at 8,800 – 10,000 ft., in CO, north-central WY, southeastern ID and north-central UT.

**Black sage** grows at 4,500 – 9,500 ft., primarily in the Great Basin. The crushed leaf has a viscid odor unlike any other sagebrush.

**Dwarf or low sagebrush** grows at 3,000 – 12,200 ft., from southern CO to western MT, UT, ID, northern CA, OR and WA. Its leaves have a pleasantly minty odor.

**Three-tip sage** grows at 3,000 – 9,000 ft., in BC, WA, NV, northern UT and western MT. Its leaves have a mild and pleasant odor.

**Owyhee or fuzzy sagebrush** grows at 3,700 – 6,600 ft., in a few spots in ID, NV and OR.

**Stiff sagebrush** grows at 3,000 – 7,000 ft., in the Columbia River Basin of eastern WA, eastern OR, western ID and western MT.

**Bud sagebrush** grows at 3,000 – 8,000 ft., in MT, OR, CA, AZ, ID, UT and NM. A small sagebrush that grows only to about one foot high. It blooms in the spring with yellowish green flowers.

**Pronghorn.** A strictly North American mammal whose fossils date back to the Middle Miocene. Reputedly the fastest animal in the Western Hemisphere, pronghorn are distinguished by their two distinctive slightly curved horns with a single prong – both males and females have horns – and by their large white rump patch and two broad white bands across the throat. About 3 to 4 feet high, pronghorn can run as fast as 50 miles per hour, perhaps more. Pronghorn are found throughout the open plains and grasslands of the Sagebrush Sea in all of the region's states except Washington. Millions of pronghorn once ranged throughout the Sagebrush Sea. By 1915, excessive hunting, habitat destruction and competition with livestock reduced pronghorn numbers to an estimated 10,000 to 15,000. With the implementation of hunting restrictions and conservation measures, the pronghorn population has now grown to about one million.



*Pronghorn* — IDAHO DEPARTMENT OF FISH AND GAME

**Sagebrush Lizard.** A small lizard, about 2 to 2.5 inches long, with a gray or brown back usually with blotches or stripes on its sides. The males have blue belly patches, the females are sometimes orange around the neck when breeding. It prefers areas of open ground with scattered low sagebrush and is found among piñon and juniper trees.

**Pygmy Rabbit.** Considered the smallest North American rabbit, about 8 to 11 inches with 2 inch ears, the pygmy rabbit



*Pygmy Rabbit* — WASHINGTON DEPARTMENT OF FISH AND WILDLIFE

weighs from a half-pound to a pound. It feeds primarily on sagebrush and lives in dense sagebrush stands where the rabbit burrows. Often considered a Great Basin species, the pygmy rabbit is in fact found throughout the Sagebrush Sea, although populations in some states – especially Washington – are now imperiled.

**Sagebrush Vole.** About 4 to 4.5 inches with a tail just over an inch, weighing no more than 1.3 ounces, the sagebrush vole is ash-gray with a pale belly and feet. Of all voles, this vole lives in the driest places, amongst sagebrush which it eats along with surrounding green plants.

**Sage Sparrow.** About 5 to 6 inches long, gray with a single dark spot on its light breast, the sage sparrow lives in big sagebrush and feeds from the ground underneath. Sage sparrows build their nests in the sagebrush plants and tend to return to the same breeding grounds year after year.

**Brewer's Sparrow.** About 4.5 inches long and pale brown, the Brewer's sparrow is found throughout the Sagebrush Sea. It lives in big sagebrush, builds its nest in shrubs and feeds on the ground, eating insects and seeds.

**Sage Thrasher.** About 7 inches long, grayish brown with yellow eyes, the sage thrasher lives throughout most of the Sagebrush Sea, and builds its nest in or under shrubs, usually sagebrush. It feeds mainly on insects found underneath the brush.

## Mammals of the Sagebrush Sea

Merriam's shrew
Spotted bat
Pallid bat
Big freetail bat
Kit fox
Little pocket mouse
Great Basin pocket mouse
Walker Pass pocket mouse
Dark Kangaroo Mouse
Pale Kangaroo Mouse
Great Basin kangaroo rat
Desert woodrat
Bushytail woodrat
Mountain vole
Sagebrush vole
Pygmy rabbit
Common pika
Water shrew
Vagrant shew
Townsend's pocket gopher
Northern pocket gopher
Western harvest mouse
Western jumping mouse
Little brown myotis (bat)
Big brown bat
Hoary bat
Spotted bat
Fringed myotis
Long-eared myotis
Yuma myotis
Long-legged myotis
Western pipistrel
Small-footed myotis
California myotis

Silver-haired bat
Townsend's big-eared bat
Ord's kangaroo rat
Deer mouse
Northern grasshopper mouse
House mouse
Canyon mouse
Piñon mouse
Wolverine
Least chipmunk
Yellow pine chipmunk
White-tailed antelope squirrel
Long-tailed vole
Texas antelope squirrel
Washington ground squirrel[‡]
Townsend's ground squirrel
Porcupine
Black-tailed jackrabbit
White-tailed jackrabbit
Mountain cottontail
Muskrat
Raccoon
Beaver
Badger
Striped skunk
Spotted skunk
Yellow-bellied marmot
Bobcat
Mountain lion
Coyote
California bighorn sheep[†]
Rocky Mountain bighorn sheep
Pronghorn
Mule deer/black-tailed deer
Rocky Mountain elk
White-tailed deer
Red fox
Ermine
Mink
River otter
Long-tailed weasel
Uinta ground squirrel
Richardson's ground squirrel
Belding's ground squirrel
Golden-mantled squirrel

## Reptiles and Amphibians of the Sagebrush Sea

Sagebrush lizard
Black-collared lizard
Longnose leopard lizard
Short-horned lizard
Desert horned lizard
Side-blotched lizard
Great Basin collared lizard



*Sagebrush Lizard* — ALAN ST. JOHN

Western fence lizard
Western terrestrial garter snake
Valley garter snake
Striped whipsnake
Ground snake
Racer
Rocky Mountain rubber boa
Longnose snake
Western rattlesnake/Great Basin rattlesnake
Great Basin gopher snake
Night snake
Great Basin spadefoot (toad)
Columbia spotted frog[‡]
Northern leopard frog
Western toad
Tiger salamander
Western skink
Tiger salamander
Common garter snake
Pine-gopher snake



*Western Rattlesnake* — IDAHO DEPARTMENT OF FISH AND GAME

## Fish of the Sagebrush Sea

The Sagebrush Sea is home to numerous fish species, some of which live nowhere else. Due to limited water in the region their habitat is vulnerable and has been adversely affected by agriculture and development.



*Lahontan Cutthroat Trout* — KATHLEEN SIMPSON MYRON

Alvord chub
Bluehead sucker
Bonytail
Borax Lake chub[†]
Brassy minnow
Bridgelip sucker
Bull trout[†]
Burbot
Chinook salmon[†]
Chiselmouth
Coho salmon[†]
Colorado pikeminnow[†]
Cui-ui[†]
Cutthroat trout
Emerald shiner
Fathead minnow
Flathead chub
Klamath Lake sculpin
Klamath largescale sucker
Lahontan cutthroat trout[†]
Lahontan redside trout
Largescale sucker
Leopard dace

Longnose sucker
Lost River sucker[†]
Malheur sculpin
Margined sculpin
Mottled sculpin
Mountain sucker
Mountain whitefish
Northern pikeminnow
Plains minnow
Rainbow trout
Redside shiner
Shortnose sucker[†]
Speckled dace
Steelhead[†]
Stonecat
Tahoe sucker
Torrent sculpin
Tui chub
Umatilla dace
Utah chub
Warner sucker[†]
Western silvery minnow
White sucker

*Redband Trout* — RICHARD GROST

[†] Species, subspecies, or subpopulation listed as threatened or endangered under the Endangered Species Act.

[‡] Species, subspecies, or subpopulation is candidate for federal threatened and endangered species list.

# Wilderness and Wild & Scenic Rivers

"The Steens Mountain area encompasses some of the most ecologically diverse landscapes in the Basin and Range Ecoregion. Large portions of the area have barely been touched by development, and the area provides important habitat for a wide variety of wildlife ranging from migratory birds and big game to rare and endangered mammals and fish."

Thomas Quigley and Sylvia Arbelbide 1997
*U.S. Forest Service Report*

*Steens Mountain, Oregon — Ellen Bishop*

## Protected Wilderness of the Sagebrush Sea

| STATE | WILDERNESS AREA | YEAR | ACRES |
|---|---|---|---|
| COLORADO | Mesa Verde | 1976 | 8100 |
| | Gunnison Gorge | 1999 | 17,700 |
| | Black Ridge Canyons | 2000 | 75,550 |
| IDAHO | Craters of the Moon | 1970 | 43,243 |
| MONTANA | UL Bend | 1976 | 20,819 |
| | Medicine Lake | 1979 | 31,467 |
| | Red Rock Lakes | 1976 | 32,350 |
| NEVADA | Jarbidge Mountains | 1964 | 113,167 |
| | Alta Toquima | 1989 | 38,000 |
| | Arc Dome | 1989 | 115,000 |
| | Boundary Peak | 1989 | 10,000 |
| | Currant Mountain | 1989 | 36,000 |
| | East Humboldts | 1989 | 36,900 |
| | Jarbidge Addition | 1989 | 48,500 |
| | Mt. Rose | 1989 | 28,000 |
| | Quinn Canyon | 1989 | 27,000 |
| | Ruby Mountains | 1989 | 90,000 |
| | Table Mountain | 1989 | 98,000 |
| | Grant Range | 1989 | 50,000 |
| | Mt. Moriah | 1989 | 82,000 |
| | Santa Rosa | 1989 | 31,000 |
| | Black Rock Desert | 2000 | 315,700 |
| | Calico Mountains | 2000 | 65,400 |
| | East Fork High Rock Canyon | 2000 | 52,800 |
| | High Rock Canyon/Yellow Rock Canyon | 2000 | 46,600 |
| | High Rock Lake | 2000 | 59,300 |
| | Little High Rock | 2000 | 48,700 |
| | North Black Rock Range | 2000 | 30,800 |
| | North Jackson Mountains | 2000 | 24,000 |
| | Pahute Peak | 2000 | 57,400 |
| | South Jackson Mountains | 2000 | 56,800 |
| NORTH DAKOTA | Theodore Roosevelt | 1978 | 29,920 |
| OREGON | Steens Mountain | 2000 | 174,744 |
| SOUTH DAKOTA | Badlands | 1976 | 64,144 |
| WASHINGTON | Juniper Dunes | 1984 | 7140 |
| WYOMING | Encampment | 1984 | 10,024 |
| **TOTAL** | | | **2,076,268** |

## Protected Wild and Scenic Rivers of the Sagebrush Sea

*Montana*

• Upper Missouri River

*Oregon*

• Crooked River
• Deschutes River
• Donner and Blitzen River
• John Day River
• Kiger Creek
• North Fork Crooked River
• North Fork Owyhee River
• Owyhee River
• South Fork John Day River
• West Little Owyhee River
• Wildhorse Creek



*Upper Missouri Wild and Scenic River, Montana — Scott Smith*



# THE SAGEBRUSH SEA

Legend

- The Sagebrush Sea
- Historic Sage Grouse Range
- Current Sage Grouse Range

# THE SAGEBRUSH SEA

Legend

- Congressionally Protected Sagebrush Sea
- Non Congressionally Protected Sagebrush Sea
- Other Congressionally Protected Lands
- Urban Areas
- Rivers
- Interstate Highways

conservation geography



*Two-track dirt road — Scott Smith*

**A**s the Sagebrush Sea became settled, vast tracts of sagebrush were converted to farm and rangeland and fragmented by human habitation and development. Throughout the Sagebrush Sea Americans have imposed crop fields, herds of livestock, irrigation ditches, roads, powerlines, powerplants, mines, oil and gas extraction, towns and sprawling cities. Land management practices involving the planting of non-native species, burning and fire suppression have altered the natural patterns of vegetation throughout the region. The effects of agriculture, road building, residential, commercial and industrial development, along with the alteration of waterways and wetlands have taken their toll, so that the ecology of this vast landscape is now imperiled.



*Livestock grazing along stream — Oregon Natural Desert Association*

Although only 3 percent of American livestock producers[15] — or 22 percent of Western livestock producers[16] — participate in

# Land Uses and Threats to the Ecosystem

### Grazing
Beginning in the middle 19th century, a surge of settlement across the American West brought a rapid expansion of agricultural activity to the Sagebrush Sea, both farming and livestock grazing. As the non-native settlers imposed their patterns of civilization on the basins and ranges of the Sagebrush Sea, the natural vegetation began to disappear and with it, species like sage grouse, who relied on that landscape for food and shelter. Where the land has been heavily grazed, invasive non-natives like cheatgrass, star thistle, Russian thistle, knapweed and tumble mustard have taken over, in some places severely altering natural patterns of vegetation.

Grazing also reduces the availability of nutritious forbs — wildflowers and other small green plants — vital to wildlife. (A cow eats between 800 and 1000 pounds of forage each month). Livestock grazing ranks as the fourth leading cause of species endangerment in the country,[12] and the second leading cause of endangered plants.[13] Throughout the Sagebrush Sea, livestock grazing in riparian areas has badly degraded stream banks and riparian vegetation, negatively altering habitat for riverine and aquatic species. According to the BLM, over 68 percent of its public rangelands are in unsatisfactory condition due to grazing.[14]

the public lands grazing program, the estimated loss of this program to the U.S. Treasury is as much as $500 million annually.[17]

### Agriculture
Throughout the 20th century, the U.S. government promoted programs to reduce and eradicate sagebrush on both public and private lands. Sagebrush has been torn out mechanically, burnt and destroyed with chemical herbicides. Pesticides have been deployed to control native insects. In place of sagebrush, non-native forage grasses like crested wheat grass were planted. To protect homesteads, farm fields and pastures, a long regime of wildfire suppression was instituted which has altered vegetation patterns, often to the detriment of native flora and fauna. In some states, more than 90 percent of the original sagebrush-dominated rangeland has been converted to agricultural crops.

### Roads, Fences, Powerlines and Off-Road Vehicles
Roads, fences and powerlines have fragmented wildlife habitat throughout the Sagebrush Sea. Fences and powerlines create obstacles and hazards for animals like pronghorn, and provide artificial perches for raptors that prey on sage grouse

chicks and other vulnerable animals. In many places throughout the Sagebrush Sea, off-road vehicles have damaged wildlife habitat. Approximately half of BLM lands are open to unrestricted off-road vehicle use with another 44 percent designated for limited access and only 6 percent of BLM land closed to off-road vehicles.[17] Human pressures on the Sagebrush Sea intensify near towns and cities in Colorado, Montana, Utah, Nevada, Idaho and Oregon, where some of the nation's fastest growing communities are located.

### Oil and Gas Exploitation
The integrity of the Sagebrush Sea ecosystem in parts of Wyoming, Colorado, Utah, Montana, and the Dakotas are threatened by oil and gas extraction, in particular by the development of coalbed methane gas (CBM). The process used to exract coalbed methane depletes local aquifers, causing drinking water levels to drop and contamination of water sources. Gas wells, compressor stations, service roads and powerlines fragment wildlife habitat — including that of sage grouse — and disrupt migration corridors.

Wyoming is the epicenter of industrial gas development: 51,000 or more coalbed methane wells are planned for the Powder River Basin in the next decade, which will rob the local aquifer of over 1 billion gallons of water per day.[19] As many as 70,000 methane wells may be drilled in the Powder



*Coal bed methane gas drilling platform — Powder River Basin Resource Council*

River Basin by 2060. Another 10,000-15,000 conventional gas wells are projected for southwestern Wyoming in less than 20 years.[20] Further threatening the Sagebrush Sea, southwest Wyoming holds untapped CBM reserves estimated

at 314 trillion cubic feet - nearly ten times the estimated reserves in the Powder River Basin. Pilot CBM projects in this area are underway.

### Mining
Cyanide heap leach mining is a process commonly used to extract gold from ore mined in Great Basin region of the Sagebrush Sea. In this process, a cyanide solution is sprinkled over a huge heaps of mined ore so the cyanide will bind with the gold which is collected on plastic liners underneath the heaps. When the gold has been removed, the heaps,



*Cyanide heap leach mine — Tom Myers*

some weighing up to 5 million tons and covering hundreds of acres, are left to be managed as waste. Residual water and rainwater seep continually through the heaps which contain salt and heavy metals, including cyanide, selenium, arsenic, mercury, cobalt and nitrate, resulting in hazardous, toxic runoff.

There are more than 200 cyanide heaps in Nevada that will threaten water quality for decades. At the Wind Mountain Mine near Empire, Nevada, heaps contain 29,000 tons of salt, 12,000 tons of chloride, 2000 tons of nitrate and 12 tons of selenium. At the Candelaria Mine in Mineral County, Nevada, the concentration of 14 metals exceed state standards. For example, mercury exceeds standards by 35 times, selenium by 6 times, arsenic by 49 times and residual cyanide by 350 times.[21]

### Fire Suppression
The combination of skewed fire regimes and the spread of non-native vegetation has altered the natural patterns of

vegetation in the Sagebrush Sea. The historic mosaic of sagebrush habitat has changed, native grasses have retreated and juniper trees have spread to areas where they were not previously. Some of these changes are due to climatic evolution, but most are the result of fire suppression, cultivation and development.

Fire suppression in turn has created dangerous conditions for wildfires in the Sagebrush Sea. In 1999 range fires burned 1.7 million acres in the Great Basin as flames raced across the landscape at over 40 miles per hour.[22] Fires scorched 70 percent of Idaho's Big Desert in 2000. Scientific projections indicate that unless current land use and management practices are changed, the future health of the Sagebrush Sea's species will decline precipitously.

### Weeds
Noxious weeds are estimated to spread at a rate of 4,600 acres per day on BLM lands.[23] Disturbance to desert soils and native vegetation from grazing, fire, agriculture and development contributes significantly to the spread of weeds. Between 1985 and 1995, weeds increased on the public range from 4 million acres to 17 million acres.[24] The worst invader may be cheatgrass, a flammable, but fire-loving non-native that has taken over nearly 25 million acres of public land in the Great Basin.[25]

### Juniper Control
The juniper needs less water than other trees, so it thrives in the low moisture conditions of the Sagebrush Sea's higher (but not too high) elevations. Juniper grows slowly and trees can live well over fifteen hundred years. Due to misunderstanding of their role and function in the ecosystem, junipers (and pinyon pine) have been actively destroyed — by burning, logging, chaining and spraying — to make way for forage grasses and other crops. Under natural conditions juniper remains in balance with other vegetation in the Sagebrush Sea, but fire suppression and livestock grazing have created conditions that scientists believe contribute to the spread of juniper. Restoration of natural fire regimes and elimination of both grazing and the conversion of sagebrush steppe for agriculture will help restore a balance of vegetation that will benefit all species in the Sagebrush Sea.[26]

## *Wilderness Campaigns*

The Federal Land Policy and Management Act of 1976 (FLPMA) directed the BLM to identify wilderness-quality lands among their holdings. These areas, called Wilderness Study Areas (WSAs), are managed under FLPMA and the Interim Management Policy for Lands under Wilderness Review until Congress chooses to designate them as Wilderness or release them from consideration. To date, Congress has designated very little BLM Wilderness in the Sagebrush Sea.

# Conservation Efforts

**California** — California conservationists are drafting a citizens' inventory and wilderness proposal (to be completed in 2001) of unprotected areas that will likely include Tule Mountain, Skedaddle, Tunnison Mountain and Twin Peaks Wilderness Study Areas, and Shaffer Mountain, Shinn Mountain and Observation Peak not currently under any protective designation. All are within the Sagebrush Sea and open to threats from off-road vehicles, mining, grazing and possible juniper removal.

**Colorado** — A citizens' wilderness proposal has been developed and introduced as legislation by the Colorado Wilderness Network, a coalition led by five conservation groups and endorsed by 300 businesses and organizations. The bill proposes wilderness protection for seven BLM areas containing 195,450 acres of sagebrush habitat. The proposal includes areas in northwest Colorado around Dinosaur National Monument, Cold Springs Mountain and Vermilion Basin. Many of these areas are threatened by grazing, oil and gas development.



*Wind River Range, Wyoming* — Scott Smith



*Smoke Creek, Five Springs WSA, California* — Jim Rose



*Missouri River/Bulwhacker Crest, Montana* — Montana Wilderness Association

**Idaho** — Idaho conservationists are completing a citizens' inventory of BLM sagebrush wilderness-quality lands and beginning to draft legislation to designate BLM wilderness areas. The inventory has identified 4 million acres of Sagebrush Sea wildlands which include: the Big Lost, Owyhee-Bruneau Canyonlands, the Lavalands, Camas Trail-Bennet Hills, and the Island Ranges. To date the BLM has identified only 1.8 million acres in its wilderness survey. Of concern to conservationists is that lands identified by the BLM for wilderness designation include mostly steep-walled canyons and rocks, while important sagebrush habitats are left out. Currently, there is no designated BLM wilderness in Idaho.

**Montana** — Montana conservationists are in the initial stages of a citizens' BLM wilderness survey. Montana Sagebrush Sea wildlands include areas adjacent to the Missouri River, the river itself and the upland breaks which forms the corridor and core of a BLM sagebrush wilderness "complex". This region includes the Charles M. Russell National Wildlife Refuge, Burnt Lodge (BLM land adjacent to the refuge), Bullwhacker, Antelope Creek, Ervin Ridge, Chimney Bend, Woodhawk and Bull Creek. Also called the "Wild Missouri" region, a portion of which has been designated as the upper Missouri Breaks National Monument.

**Nevada** — A coalition of conservationists in Nevada are conducting an inventory of the state's Sagebrush Sea wilderness. Preliminary surveys have discovered many areas, including Pilot Peak and North Pequop, not designated as Wilderness Study Areas by the BLM. In 2000, the Black Rock Desert-High Rock Canyon Emigrant Trails National Conservation Area designated 755,400 acres of wilderness in northern Nevada. Unprotected areas remain threatened by mining, grazing, off-road vehicles and other uses.

**Oregon** — A coalition of Oregon conservation groups is working to protect the ecological integrity and health of Oregon's sagebrush wilderness and high desert country. A focal point has been the campaign to protect the Steens Mountain and Alvord Desert area in southeastern Oregon. The Steens Mountain Cooperative Management and Protection Act passed in October 2000, withdrew 1.2 million acres from mining and geothermal development, put 425,000 acres off-limits to off-road vehicles and designated 174,744 acres as wilderness. Within the wilderness area, 99,859 acres were reserved as the first legislatively designated grazing-free wilderness. Other efforts include designating a Badlands Desert wilderness area; protecting key wildlife habitat between and around Hart Mountain National



*Painted Hills, John Day Fossil Beds National Monument, Oregon* — Scott Smith

*Deep Creek, Owyhee Canyonlands, citizen proposed Wilderness, Idaho.* — Art Haak

## Many local grassroots and regional groups are working to conserve and protect the Sagebrush Sea.

**American Lands Alliance**
www.americanlands.org    202/547-9400

**Center for Biological Diversity**
www.biologicaldiversity.org    520/623-5252

**Land and Water Fund of the Rockies**
www.lawfund.org    208/342-7024

**National Public Lands Grazing Campaign**
www.publiclandsranching.org    541/201-0053

**Western Environmental Law Center**
www.westernlaw.org    541/485-2471

**Western Watersheds Project**
www.westernwatersheds.org    208/788-2290

**Wildlands Center for Preventing Roads**
www.wildlandscpr.org    406/543-9551

### CALIFORNIA

**California Wilderness Coalition**
www.calwild.org    530/758-0380

### COLORADO

**Center for Native Ecosystems**
www.nativeecosystems.org    303/247-0998

**Colorado Environmental Coalition**
www.ourcolorado.org    970/243-0002

**Great Old Broads for Wilderness**
www.greatoldbroads.org    970/385-9577

**Sinapu**
www.sinapu.org    303/447-8655

### IDAHO

**Committee for Idaho's High Desert**
www.cihd.org    208/429-1679

**Idaho Conservation League**
www.wildidaho.org    208/345-6933



*Granite Peak, citizen proposed Wilderness, Utah*  — Scott Smith

Antelope Refuge, Beaty's Butte and Sheldon National Wildlife Refuge in Nevada; protecting the Owyhee Canyonlands; and Wild and Scenic River designation for a number of the region's streams.

**Utah** — The Utah Wilderness Coalition, which includes both local and national conservation groups, is leading the campaign to protect Utah's BLM wilderness lands. The coalition has drafted legislation which proposes 9.1 million

acres of BLM land to be designated as wilderness and identifies wilderness quality lands in 11 different regions in Utah including the Bookcliffs, Greater Dinosaur, Great Basin, the Henry Mountains, and the San Rafael Swell. All of these areas contain sagebrush wilderness.

**Washington** — There are only about 400,000 acres of BLM land in Washington's Sagebrush Sea, with one small wilderness area, the Juniper Dunes. What little other

wildlands remain are mostly encompassed by the Hanford Reach National Monument, adjacent national wildlife refuge, and nearby Yakima Army Training Center.

**Wyoming** — A coalition of Wyoming conservation groups inventoried the state's BLM wildlands, and published their findings in "Wilderness at Risk – The Citizens' Wilderness Proposal for Wyoming BLM Lands." It proposes to protect 1.1 million acres of Wyoming BLM land as wilderness, including Sagebrush Sea in the Bighorn Basin, the Red Desert, Flaming Gorge Basin, Elk Mountain and Mill Creek in the Green River Basin, and parts of the Wind River, Platte River, and Powder River basins. Home to 50,000 pronghorn, rare desert elk, wild horses, sage grouse and raptors, these areas are threatened by coal bed methane development, off-road vehicle use, grazing and associated range developments. In a related campaign, over 100 conservation groups and local businesses drafted the Citizens' Red Desert Protection Alternative in response to the BLM's proposed management plan for the Jack Morrow Hills.

## Sage Grouse Protection

An indicator species for the Sagebrush Sea, sage grouse have inhabited the western United States and southern Canada since the Pleistocene epoch. Described by Lewis and Clark in 1806, nineteenth century settlers and travelers reported huge flocks of sage grouse that darkened the sky. Sage grouse and the Sagebrush Sea are inseparable.

The historic range of sage grouse closely conformed to the distribution of short and tall sagebrush in what became sixteen Western states and three Canadian provinces. But since 1900 sage grouse populations have shrunk and they no longer occur in Arizona, British Columbia, Kansas, Nebraska, New Mexico, and Oklahoma. Sage grouse populations have declined as much as 45-80 percent over the past 20 years due to habitat destruction, degradation and fragmentation. The



*Sage Grouse* — Alan St. John

**"The sage and the grouse seem made for each other. The original range of the bird coincided with the range of the sage, and as the sagelands have been reduced, so the populations of grouse have dwindled."**

Rachel Carson 1962
*Silent Spring*

total sage grouse population, estimated at 140,000 individuals, represents only about eight percent of historic numbers.

American Lands and partners are working to restore sage grouse populations by raising public awareness of the Sagebrush Sea and recruiting voices inside and outside the conservation community to speak on its behalf. Our goal is to recover sage grouse populations to provide a huntable surplus. With the example of sage grouse, we hope to educate the public and decision-makers about sagebrush ecosystems and work toward improved management and protection for the grouse and other sagebrush obligate species.

### MONTANA

**Montana Wilderness Association**
www.wildmontana.org    406/443-7350

### NEVADA

**Friends of Nevada Wilderness**
www.nevadawilderness.org    775/324-7667

**Great Basin Mine Watch**
www.greatbasinminewatch.org    775/348-1986

**Nevada Wilderness Project**
www.wildnevada.org    775/746-7850

### NEW MEXICO

**Forest Guardians**
www.fguardians.org    505/988-9126

### OREGON

**Audubon Society of Portland**
www.audubonportland.org    503/292-6855

**Hells Canyon Preservation Council**
www.hellscanyon.org    541/963-3950

**Oregon Natural Desert Association**
www.onda.org    503/525-0193

**Oregon Chapter Sierra Club**
www.oregon.sierraclub.org    503/238-0442

**Oregon Trout**
www.ortrout.org    503/222-9091

**Predator Defense Institute**
www.predatordefense.org    541/937-4261

### UTAH

**Southern Utah Wilderness Alliance**
www.suwa.org    801/486-3161

### WASHINGTON

**Northwest Ecosystem Alliance**
www.ecosystem.org    206/671-9950

### WYOMING

**Biodiversity Associates**
www.biodiversityassociates.org    307/742-7978

16

17

Conservationists' effort to list the northern sage grouse under the Endangered Species Act is beginning to precipitate policy changes and increase funding for protection and restoration of sage grouse habitat. American Lands and partners have filed a petition to list the Gunnison sage grouse under the Endangered Species Act, and the U.S. Fish and Wildlife Service now describes the Gunnison as a candidate for ESA listing. Informational brochures and public presentations will help convey our message, rooting it deep in local communities to counter opposition to sage grouse conservation from those with vested interests in current land use and management practices that damage and degrade sage grouse habitat.

## Campaign Against Industrial Recreation

Off road vehicles (ORVs) represent one of the fastest growing threats to the natural integrity of our public lands,

**Conservation groups throughout the country are working to ensure that:**

• ORVs are limited to existing routes, clearly marked as open to ORVs, where environmental damage can be minimized.

• ORVs are allowed only where land managers can demonstrate the ability to monitor their impact and enforce rules to prevent impairment of the landscape.

• ORVs be prohibited in legislatively or administratively proposed wilderness areas, roadless areas, and areas of critical environmental concern.

particularly those within the delicately balanced ecosystem of America's Sagebrush Sea. ORV use diminishes and destroys the qualities for which most Americans value these lands – clean air and water, protection of wildlife and their habitat and the beauty and tranquility of untrammeled wild places. The increased popularity of ORVs has coincided with technological advances that have enabled these machines to penetrate deeper into pristine backcountry areas. ORVs are particularly devastating to the fragile soils in the Sagebrush Sea and to high desert vegetation. ORVs erode soil in riparian areas which reduces water quality by increasing sedimentation in streams. Noisy ORVs disturb wildlife, cause air pollution and negatively effect human health. ORVs also disturb non-motorized recreation, including hunting, hiking, fishing and wildlife watching, so that a single ORV user creates an impact far greater, more lasting and damaging than other recreational users of the Sagebrush Sea.

## Public Lands Livestock Grazing Permit Buyout

Since 1998, a growing number of conservation organizations have advocated for federal legislation to authorize and fund a program to allow livestock operators to relinquish their federal grazing permits to the government in exchange for compensation. The legislation would require permanent retirement of the permits, reallocate forage to wildlife and promote watershed restoration by allowing associated allotments to recover from the impacts of domestic livestock grazing. Operators participating in the program would continue to own their base properties, and could use their payments to restructure their ranch (including purchase more private grazing land) or retire. Such a program would benefit taxpayers who would no longer be subsidizing livestock grazing on retired allotments.

Permanent permit retirement is prohibited under current law which effectively requires Bureau of Land Management and Forest Service managers to transfer



*Coiled barbed wire from livestock-free Hart Mountain National Antelope Refuge, Oregon*
— WILDERNESS VOLUNTEERS

grazing permits to new grazers upon the resignation or retirement of the previous permittee. (In rare cases, permits are cancelled where allotments have been severely overgrazed, it is court ordered, or Congress so directs, such as within a national park). However, there are numerous examples where conservation organizations, livestock operators and federal managers have worked creatively within the bounds of current law to buyout permits. In some cases Congress has passed legislation that authorizes permit retirement on specially designated land. These examples demonstrate permit retirement to be a socially compassionate, policy efficient, politically pragmatic, and ecologically responsible way to end detrimental livestock grazing on public land.

Through the National Public Lands Grazing Campaign conservation groups are lobbying Congress to pass legislation to authorize and fund voluntary permit retirement. In the interim, to demonstrate its effectiveness, permittees, federal agencies, and conservationists are working – when private funding is available – to buyout a limited number of permits in wilderness areas, national parks and monuments.

## References

1 Borland, J. 1998. True grit: cold-hardy sagebrush. Hortus West 9(2): 1-5.

2 Braun, C. E., M. F. Baker, R. L. Eng [et al.]. 1976. Conservation committee report on effects of alteration of sagebrush communities on the associated avifauna. Wilson Bull. 88: 165-171;  BLM. 2000. Sagebrush ecosystem conservation. USDI-Bureau of Land Management. Washington, DC. 2pp.

3 Sauer, J. R., B. G. Peterjohn, S. Schwartz, J. E. Hines. 1996. The North American Breeding Bird Survey home page. Ver. 95.1. Patuxent Wildlife Res. Ctr. Laurel, MD.

4 BLM. 2000. Population projections 1993-2005: eleven western states are among the fifteen fastest growing in the U.S. USDI-Bureau of Land Management. (statistics from U.S. Bureau of Economic Analysis and American City Business Journal).

5 BLM. 2000. The Bureau of Land Management in a growing, changing West. USDI-Bureau of Land Management. Washington, DC. 2pp.

6 Noss, R. F., E. T. La Roe, J. M. Scott. 1995. Endangered ecosystems of the United States: a preliminary assessment of loss and degradation. Biol. Report 28. USDI – National Biological Service. Washington, DC; Hironaka, M., M. A. Fosberg, A. H. Winward. 1983. Sagebrush-habitat types in southern Idaho. Bull. no. 35. Forest, Wildlife, and Range Exp. Stn., Univ. Idaho. Moscow, ID.

7 Noss, R. F., E. T. La Roe, J. M. Scott. 1995. Endangered ecosystems of the United States: a preliminary assessment of loss and degradation. Biol. Report 28. USDI – National Biological Service. Washington, DC; The Nature Conservancy. 1992. Ecological charms among nuclear arms. Nature Conservancy 7/8: 34.

8 Belsky, A. J. and J. L. Gelbard. 2000. Livestock grazing and weed invasions in the arid West. Oregon Natural Desert Association. Bend, OR; BLM. 2000. Use of weed-free forage on public lands in Nevada. Fed. Reg. 65-54544. USDI-BLM.

9 Belsky, A. J. and J. L. Gelbard. 2000. Livestock grazing and weed invasions in the arid West. Oregon Natural Desert Association. Bend, OR; Wilcove, D. S., D. Rothstein, J. Dubow, A. Phillips, E. Losos. 1998. Quantifying threats to imperiled species in the United States. BioScience 48: 607-615.

10 BLM. 2000. The Bureau of Land Management in a growing, changing West. USDI-Bureau of Land Management. Washington, DC. 2pp.

11 Borland, J. 1998. True grit: cold-hardy sagebrush. Hortus West 9(2): 1-5.

12 Flather, C. H., L. A. Joyce, C. A. Bloomgarden. 1994. Species endangerment patterns in the United States. Gen. Tech. Rep. RM-241. USDA – Forest Service. Fort Collins, CO.

13 Flather, C. H., L. A. Joyce, C. A. Bloomgarden. 1994. Species endangerment patterns in the United States. Gen. Tech. Rep. RM-241. USDA – Forest Service. Fort Collins, CO.

14 Strittholt, J. R., N. L. Staus, M. D. White. 2000. Importance of Bureau of Land Management roadless areas in the western U.S.A. Conservation Biology Institute. Corvallis, OR.

15 USDI. 1994. Rangeland Reform '94. Final Environmental Impact Statement. USDI – BLM. Washington, DC.

16 USDI. 1994. Rangeland Reform '94. Final Environmental Impact Statement. USDI – BLM. Washington, DC.

17 Nelson, R. 1997. How to reform grazing policy: creating forage rights on federal rangelands. Fordham Envt'l L. J. 8: 645-690; Zakin, S. 1998. Grazing: it's a jungle in the arid west. SEJournal 7(4): 1, 21-23; Hess, K and J. Wald. 1995. Grazing reform: here's the answer. High Country News 27(18).

18 Strittholt, J. R., N. L. Staus, M. D. White. 2000. Importance of Bureau of Land Management roadless areas in the western U.S.A. Conservation Biology Institute. Corvallis, OR.

19 Darin, T. 2000. WOC pursues coalbed methane development reforms. Wyoming Outdoor Council Frontline Report (spring 2000).

20 Blewer, M. 2000. Saving the red desert: 50,000 antelope can't be wrong. Wyoming Outdoor Council Frontline Report (spring 2000).

21 Myers, T. 2000. State of Nevada allows mining industry to dispose hazardous waste in groundwater of the state. Great Basin Mine Watch. Reno, NV.

22 BLM. 2000. The Great Basin Initiative—healing the land. USDI – BLM.

23 BLM. 2000. Use of weed-free forage on public lands in Nevada. Fed. Reg. 65-54544. USDI-BLM.

24 Larmer, P. 2000. Are cows the ultimate weed seeders? High Country News (May 22, 2000).

25 BLM. 2000. The Great Basin Initiative—healing the land. USDI – BLM.

26 Belsky, A. J. 1996. Viewpoint: western juniper expansion: is it a threat to arid northwestern ecosystem? J. Range Manage. 49: 53-59.

## Credits

**CONTENT AND DESIGN**

*Elizabeth Grossman*
*Bryan Potter Design*
*Mark Salvo, American Lands Alliance*
*Katie Fite, Committee for Idaho's High Desert*
*Amy Haak, Conservation Geography*
*Paul Mitchell, Conservation Geography*

**PHOTOGRAPHY** (PROFESSIONAL)

*Ellen Bishop, Ecosystem Images*
*ellenbishop@earthlink.net*
*Richard Grost, RTG Fishery Research and Photography*
*rgrost@compuserve.com*
*Kathleen Simpson Myron, Mariposa Images*
*Ph 503/266-1263*
*Scott T. Smith Photography*
*stsphoto@mail.mtwest.net*
*Alan St. John*
*Ph 541/389-4638*
*Terry Steele, Creation Images*
*steeletr@peak.org*
*George Wuerthner Photography*
*wuerthne@teleport.com*

**PHOTOGRAPHY** (CONTRIBUTORS)

*Erik Ryberg, Committee for Idaho's High Desert*
*Mark Good, Montana Wilderness Association*
*Tom Myers, Great Basin Mine Watch*
*Kirk Peterson, Friends of Nevada Wilderness/Sierra Club Great Basin Group*
*Idaho Department of Fish and Game*
*Wilderness Volunteers*
*Washington Department of Fish and Wildlife*
*Jim Rose, California Wilderness Coalition*
*Amy Haak, Conservation Geography*
*Powder River Basin Resource Council*
*Oregon Natural Desert Association*

**SPECIAL THANKS**

*Rick Brown*
*Andy Kerr*
*Gilly Lyons*
*Anne Martin*

**FUNDING**
*This brochure was made possible with the generous support of:*

*Foundation for Deep Ecology*
*Larch Company*
*Paradam Foundation*
*Sperling Foundation*
*Wyss Foundation*



*Charles Sheldon National Wildlife Refuge, Nevada. — GEORGE WUERTHNER*



*Hart Mountain National Antelope Refuge - Warner Wetlands, Oregon* — George Wuerthner

Printed on Recycled Paper

American Lands Alliance    726 Seventh St., SE    Washington, DC  20003    www.americanlands.org

Declaration of Mark N. Salvo

# Exhibit 2

# Pygmy Rabbit Core Habitat in the Greater Hart-Sheldon

The Greater Hart-Sheldon is more than 3 million acres of sagebrush steppe anchored by Hart Mountain National Antelope Refuge in southeastern Oregon and Sheldon National Wildlife Refuge in northern Nevada. This vast expanse is also one of the most important core habitats for pygmy rabbits remaining in the West.

Pygmy rabbits, like sage-grouse and pronghorn, are a "sagebrush obligate" species, meaning they cannot survive without sagebrush. Pygmy rabbits require dense sagebrush with deep soils to dig their burrows. In winter, 99 percent of a pygmy rabbit's diet is sagebrush.



Photo by Phil Mitchell

Pygmy Rabbit (*Brachylagus idahoensis*)

Hart Mountain National Antelope Refuge

Oregon

Nevada

Sheldon National Wildlife Refuge

60 percent of pygmy rabbit core habitat in the Greater Hart-Sheldon is administered by the BLM. The region ranks among the top two core habitats remaining for the species in the Great Basin.

Black Rock Desert-High Rock Canyon Emigrant Trails National Conservation Area

10 mi    20 mi

## A PYGMY RABBIT PRESERVE

Habitat loss and fragmentation due to livestock grazing, juniper expansion, invasive grasses and wildfire pose major threats to pygmy rabbit populations. Other threats include disease and loss of genetic diversity.

Public lands in the Greater Hart-Sheldon are a refugium for the species, including huge expanses administered by the Bureau of Land Management (BLM). The Oregon Department of Fish and Wildlife (ODFW) recommends maintaining existing big sagebrush habitats and providing for connectivity between core habitats as key conservation actions for pygmy rabbits.

☐ Pygmy Rabbit Core Habitat, BLM Public Lands

ODFW has identified pygmy rabbits as a Species of Greatest Conservation Need and the BLM has designated it a "sensitive species" throughout the Great Basin. The Columbia Basin pygmy rabbit, a geographically isolated and genetically distinct population in Washington, is listed as "endangered" under the Endangered Species Act.

**Data sources**

Dilts, T. 2022, March 4. Pygmy Rabbit Core Areas and Corridors. ArcGIS, https://www.arcgis.com/home/item.html?id=c49c977498954da498c7e3290e619512.



Photo by Peter Lancaster

With adults weighing less than one pound, pygmy rabbits are North America's smallest rabbit species. Despite their small stature, they're the only rabbits that dig their own burrows.

## WHAT IT WILL TAKE TO SAVE THIS SPECIES?

The Columbia Basin pygmy rabbit in Washington was considered extirpated until a captive breeding program restored a small population to the wild.

To avoid the same fate for Oregon's pygmy rabbits population, we need to preserve intact, healthy sagebrush steppe ecosystems that are free of damaging human disturbances. Careful fire management in core pygmy rabbit habitat will also help maintain the large swathes of uninterrupted sagebrush they need to survive.

Infographic created by Oregon Natural Desert Association | www.onda.org