# EXHIBIT B

## Declaration of Adam Bronstein

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

WESTERN WATERSHEDS PROJECT
and WILDEARTH GUARDIANS,

               Plaintiffs,

v.

U.S. FISH AND WILDLIFE SERVICE;
BRIAN NESVIK, in his official capacity as
Director for the U.S. Fish and Wildlife
Service; and DOUG BURGUM, in his official
capacity as Secretary of the Interior,

               Defendants.

Case No.:

**DECLARATION OF
ADAM BRONSTEIN**

I, ADAM BRONSTEIN, declare as follows:

1. My name is Adam Bronstein. I reside in Deschutes County, Oregon. The facts stated in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify to them truthfully.

2. I submit this declaration in support of Western Watersheds Project's ('WWP') challenge to the U.S. Fish and Wildlife Service's ('FWS') failure to issue a 12-month finding on a petition to list the pygmy rabbit (*Brachylagus idahoensis*) under the Endangered Species Act ('ESA'). The relief sought in this case—an order compelling FWS to issue the overdue 12-month finding—would redress the injuries described below by advancing long-delayed federal decisionmaking and the protections that may follow from it.

Declaration of Adam Bronstein                1

**PROFESSIONAL AND PERSONAL BACKGROUND**

3. I have worked for WWP since June of 2020 and currently serve as the Oregon State Director. In this role, I advocate for the protection and restoration of public lands and waters in Oregon, with a particular focus on reducing the harms caused by domestic livestock grazing in native ecosystems, including the sagebrush steppe. Under the WWP bylaws, all staff members are automatically accorded the status of member of the organization.

4. I hold a bachelor of science degree in environmental studies, with a focus on geographic information systems studies, from the State University of New York College of Environmental Science and Forestry.

5. I moved to Oregon approximately twelve years ago and have lived at the edge of Oregon's high desert since then. I quickly fell in love with the open spaces and the unique plant and animal life that persists in the harsh environment of the sagebrush steppe. Since moving here, I have taken many trips to eastern Oregon, including to places such as Steens Mountain, the Alvord Desert, and Summer Lake, to hike, camp, watch wildlife, and experience wild, undeveloped landscapes.

Declaration of Adam Bronstein                    2



*Figure 1*. *Owyhee Canyonlands in Oregon where pygmy rabbit populations can still be found. I took this photo on May 19, 2025*

6.  I especially value these landscapes where they are relatively undisturbed by industrial uses or livestock. Over time, I have observed how significantly livestock grazing in particular can harm sagebrush-steppe habitats. For example, during visits to Hart Mountain National Antelope Refuge I have taken note of how much more diverse and vibrant the plant and animal life is in places where grazing pressures are reduced compared to many nearby grazed areas.

**MY WORK AND ADVOCACY FOR SAGEBRUSH HABITAT IN OREGON**

7.  In Oregon, domestic livestock is grazed on the vast majority of Bureau of Land Management ('BLM') lands, where a substantial portion of the state's sagebrush habitat

Declaration of Adam Bronstein                3

occurs. In my work for WWP, I regularly participate in public-land decisionmaking processes, including under the National Environmental Policy Act—to advocate for management that protects sagebrush ecosystems and the wildlife that depends on them.

8. As part of my job, I monitor public lands and wildlife habitat conditions on the ground and then communicate what I observe to agencies and to the public. My work includes reviewing and commenting on grazing and vegetation-management proposals, working with agencies to address grazing trespass, damaged or downed fences, and exclosure repair issues, and documenting land health and habitat conditions through photographs, field notes, and other records.

9. Examples of projects I have worked on in recent years include BLM grazing and vegetation-management analyses in the Owyhee region (including the Louse Canyon environmental impact statement ('EIS')), grazing analyses in the Steens Mountain area (including the Bridge Creek allotments EIS), grazing renewal analyses in the Alvord Desert, and so-called vegetation 'restoration' proposals in the Lakeview District that involve removal of native sagebrush and juniper to enhance forage for cattle. I also monitor sensitive wildlife and plants, including sage grouse, Lahontan cutthroat trout, and rare wildflowers, as well as important ecological zones like springs, riparian areas, and other special habitats.

10. I share my observations and concerns through public comments, op-eds, social media, presentations, and webinars. This work is important to me professionally and personally because I want sagebrush landscapes to remain wild, ecologically functional, and capable of supporting native species.

Declaration of Adam Bronstein                    4

**MY INTERESTS IN PYGMY RABBITS AND THEIR HABITAT**

11. I have strong personal and professional interests in the continued existence of the pygmy rabbit and the conservation of its habitat. The pygmy rabbit is a unique sagebrush-obligate species with specialized habitat needs. I have become increasingly concerned about the species' status as I have learned more about its distribution, threats, and dependence on intact stands of big sagebrush on deep soils.

12. Early in my time at WWP, while in the Santa Rosa Mountains in Nevada, I caught a brief glimpse of a tiny rabbit along a creek bottom. I initially thought it was a juvenile jackrabbit, but biologists I spoke with later told me it was likely a pygmy rabbit. That experience sparked deeper interest in the species and its habitat needs.

13. Since then, I have gravitated toward big sagebrush (*Artemisia tridentata*) habitats during my field excursions because those patches are important for pygmy rabbits. Unfortunately, they are also often targeted for removal to increase forage for cattle—including, for example, the BLM Vale Project, which has decimated sagebrush communities across the Owyhee Canyonlands.

14. I frequently visit and recreate in the Owyhee country of southeastern Oregon, including the West Little Owyhee area. I love visiting rare patches of big sagebrush there—often along riparian areas, swales, or other places with deeper soils—because they are special, biologically rich habitats and increasingly uncommon on the landscape. I regularly look for pygmy rabbits and signs of their presence, and I found pygmy rabbit burrows and pellets most recently on May 19, 2025, in the Owyhee.

Declaration of Adam Bronstein                    5



*Figure 2*. *Pygmy rabbit burrow in big sagebrush. I took this photo on May 19, 2025*



*Figure 3. Pygmy rabbit pellets. I took this photo on May 19, 2025*

15. I have incorporated pygmy rabbits into my advocacy work, including in public comments and other communications. Even when a project is not framed as a 'pygmy rabbit' project, I consider impacts to pygmy rabbit habitat when I evaluate proposals that would remove big sagebrush, intensify grazing, or otherwise degrade deep-soil sagebrush habitats.

16. I plan to return to the Owyhee later this year, in late spring or early summer 2026, to check on pygmy rabbit habitat conditions and to continue my broader monitoring work. During this trip, and others like it later in the year, I intend to seek out and visit the same big sagebrush patches and other areas of suitable habitat where I have previously found signs of pygmy rabbits.

Declaration of Adam Bronstein                    7

17. The loss of the rabbit would affect me personally and bring me grief. All of the native species that evolved in the sagebrush are special to me, but the pygmy rabbit is of particular interest.  I might one day lose the ability to photograph or video record this elusive critter. Personal interests aside, the rabbit has a right to exist through its own intrinsic value.

**THREATS TO PYGMY RABBITS AND ONGOING HARMS**

18. Based on extensive research and my personal observations in Oregon's sagebrush country, I recognize that domestic livestock grazing is a major driver of habitat degradation for pygmy rabbits. Cattle mangle and destroy big sagebrush, crush pygmy rabbit burrows, and consume grasses and forbs that pygmy rabbits rely on for their food. Cattle compete directly with pygmy rabbits for food and degrade the deep-soil habitats that pygmy rabbits require.

Declaration of Adam Bronstein                    8



***Figure 4***. *Big sage trampled by livestock. I took this photo on May 19, 2025.*

Declaration of Adam Bronstein          9



***Figure 5****. Domestic livestock grazing in big sage habitat. I took this photo on May 19, 2025.*

19. I am also concerned about direct habitat modification and destruction by humans, including BLM proposals to remove or 'thin' big sagebrush to increase forage for livestock. In the Owyhee region, I have seen areas where big sagebrush has been removed for livestock forage production, and I am aware that BLM continues to consider additional big sagebrush removal in places where those remaining patches persist.

20. Pygmy rabbits are arboreal rabbits, climbing high into the branches of large, old sagebrush to nibble on the leaves and buds. The loss of old-growth big sagebrush eliminates habitats required by pygmy rabbits for their survival.

Declaration of Adam Bronstein                    10

21. Other threats include off-highway vehicle use that leaves designated roads and causes soil disturbance and weed spread. In addition, invasive annual grasses, spread by domestic livestock, such as cheatgrass can increase fire frequency in sagebrush ecosystems. Roading fragments pygmy rabbit habitats, because these animals prefer to remain below the protective canopy of sagebrush, and are averse to venturing out into the open. Therefore, the construction of a road creates a movement/dispersal barrier for pygmy rabbits.

22. Sagebrush is not adapted to frequent, repeated fires, and recurring fires can convert sagebrush steppe into cheatgrass-dominated monocultures. I am particularly concerned about this conversion in the deep soils where pygmy rabbits live, as cheatgrass establishes more aggressively in those areas than in thin-soiled zones.

23. I also understand that disease threats exist for pygmy rabbits, including rabbit hemorrhagic disease virus, which has affected rabbits and decimated their populations in parts of the West. I am aware that this disease has been documented in wild pygmy rabbit populations in Nevada and I am concerned about its potential to spread.  The combination of disease risk plus habitat loss and degradation increases my concern that pygmy rabbits could be extirpated from parts of their range if meaningful protections are not put in place.

24. Very little habitat remains that has not been degraded by cattle or other human activities. I believe that, without setting aside and protecting key pygmy rabbit habitat from livestock grazing and other damaging uses, the species faces an increasing risk of disappearing from the few areas where it still persists.

**INJURY FROM FWS'S FAILURE TO ISSUE THE 12-MONTH FINDING**

25. On March 6, 2023, a petition was submitted to FWS requesting that the pygmy rabbit be listed as threatened or endangered under the ESA. On January 25, 2024, FWS issued a positive 90-day finding on that petition, concluding that the petition presented substantial information indicating that listing the pygmy rabbit may be warranted. Despite that positive 90-day finding, FWS has not issued the required 12-month finding which would have been due March 6, 2024.

26. FWS's failure to issue the 12-month finding harms me personally and WWP as an organization. Each year of unlawful delay increases the risk that pygmy rabbit habitat will be further degraded, fragmented, or destroyed by grazing, vegetation removal, invasive species, and fire. Because sagebrush habitats can take many years or decades to recover—if they recover at all—delays in the ESA listing process translate into increased on-the-ground harm to the habitats I visit and care about.

27. The delay also harms my professional and personal interests in timely, science-based wildlife conservation decisions. A timely 12-month finding is important because it is a prerequisite to the additional protections and conservation attention that can follow from ESA listing decisions, including the designation of critical habitat and the imposition of enforceable terms and conditions on activities such as livestock grazing that harm the species and its habitat.

28. These injuries are a direct result of FWS's failure to act on WWP's listing petition. FWS's inaction prolongs the period during which federal land management and other decisions proceed without the benefit of a completed ESA status review and the protections that may follow from a warranted finding.

Declaration of Adam Bronstein                    12

29. A court order compelling FWS to issue the overdue 12-month finding would help address these injuries. Requiring FWS to act will advance the listing process and end the current unlawful delay, providing critical information to the public and land managers and helping ensure that pygmy rabbit habitat receives timely consideration and protection. With proper legal protection, soils compacted by grazing can loosen up, native grasses and forbs can re-establish, and connectivity between big sagebrush stands will increase— all of which would help pygmy rabbits begin to recover. Any step toward that outcome is a step in the right direction.

30. In my experience, the sagebrush steppe in Oregon is already heavily impacted by grazing and other uses, and there is little time left for species like the pygmy rabbit that depend on intact big sagebrush habitat. The species is under increasing threat, and FWS's continued delay meaningfully increases the risk of extinction. ESA deadlines exist to ensure timely action, and they matter for the pygmy rabbit.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

May 12, 2026.

_____

Adam Bronstein

Declaration of Adam Bronstein                    13