# EXHIBIT C

Declaration of Joanna Zhang

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

WESTERN WATERSHEDS PROJECT
and WILDEARTH GUARDIANS,

           Plaintiffs,

v.

U.S. FISH AND WILDLIFE SERVICE;
BRIAN NESVIK, in his official capacity as
Director for the U.S. Fish and Wildlife
Service; and DOUG BURGUM, in his official
capacity as Secretary of the Interior,

           Defendants.

Case No.:

**DECLARATION OF JOANNA ZHANG**

I, JOANNA ZHANG, declare as follows:

1. The following facts are personally known to me, and if called as a witness I would and could truthfully testify to these facts.

2. I hold a bachelor's degree in Ecology and Evolutionary Biology from Princeton University and was a Fulbright Scholar in the Department of Ecology at the University of Granada, Spain.

3. I am the Endangered Species Advocate with WildEarth Guardians, a non-profit conservation organization working to protect and restore the wildlife, wild places, wild rivers, and health of the American West. I am a member of and have worked at WildEarth Guardians since April 2023. In my role, I engage in policy advocacy and administrative processes under the Endangered Species Act (ESA), including reviewing agency actions, developing comments, and advocating for science-based protections for imperiled species and their

Declaration of Joanna Zhang                1

habitats.

4.      The pygmy rabbit is the smallest rabbit species in North America and is uniquely dependent on intact sagebrush ecosystems for its survival. Pygmy rabbits rely on dense sagebrush cover for shelter year-round and rely almost exclusively on sagebrush for their winter diet. Because of this specialized dependence, pygmy rabbits are particularly vulnerable to habitat loss, fragmentation, and degradation.

5.      The sagebrush ecosystem, often referred to as the "Sagebrush Sea," is one of the most imperiled ecosystems in North America. Ongoing threats including oil and gas development, livestock grazing, agricultural conversion, invasive annual grasses, altered fire regimes, and climate change continue to fragment and degrade sagebrush habitats across the West. Much of this ecosystem occurs on public lands, and existing protections have proven insufficient to prevent continued habitat loss and degradation. Without stronger conservation measures, the long-term persistence of pygmy rabbits and the broader sagebrush ecosystem remains at risk.

6.      WildEarth Guardians has devoted significant organizational resources to conserving the Sagebrush Sea and the species that depend on it, including pygmy rabbits. The organization has engaged in advocacy, public education, administrative processes, and litigation to secure stronger protections for sagebrush habitats and the wildlife that rely on them.

7.      I have personally helped advance these organizational efforts, including by drafting and submitting comments on the Bureau of Land Management's (BLM) 2024 Greater Sage-grouse Draft Resource Management Plan Amendment/Draft Environmental Impact Statement, which affects sage-grouse habitat across 11 Western states. I'm also currently

Declaration of Joanna Zhang                          2

carrying out WildEarth Guardians' role as a plaintiff in litigation challenging BLM's 2025 Record of Decision approving Resource Management Plan Amendments for greater sage-grouse across the West ("2025 plans"), filed in March 2026. The 2025 plans would weaken protections across approximately 70 million acres of sagebrush steppe habitat, affecting not only sage-grouse but some 350 other wildlife species dependent on healthy sagebrush ecosystems, including the pygmy rabbit..

8.    Prior to joining WildEarth Guardians, I worked at the Oregon Natural Desert Association in Bend, Oregon, where I engaged in conservation advocacy focused on protecting sagebrush steppe ecosystems and the species that depend on them, including pygmy rabbits. Through this work, I became familiar with the importance of the Greater Hart-Sheldon region, more than three million acres of sagebrush steppe anchored by Hart Mountain National Antelope Refuge in Oregon and Sheldon National Wildlife Refuge in Nevada, which has been identified as one of the most important remaining core habitats for pygmy rabbits in the West. My work  involved advocating for the protection of these large, intact sagebrush landscapes and addressing threats such as livestock grazing, invasive grasses, juniper expansion, wildfire, and habitat fragmentation. This experience deepened my professional interest in pygmy rabbit conservation and the preservation of sagebrush ecosystems.

9.    Additionally, I have traveled to and recreated on public lands in the American West that contain extensive sagebrush habitat suitable for pygmy rabbits. I have sought opportunities to observe pygmy rabbits while visiting the Redmond and Brothers areas of central Oregon, Malheur National Wildlife Refuge, and while conducting fieldwork in the Owyhee Canyonlands of southeastern Oregon. I have also spent time camping and rock climbing in City of Rocks National Reserve in Idaho and in the area surrounding Lander, Wyoming, both of which support pygmy rabbit habitat. I plan to return to the Lander area this

Declaration of Joanna Zhang                         3

June for a trail running race and rock climbing trip and plan to again look for pygmy rabbits. I intend to continue visiting these areas in the future to experience healthy sagebrush ecosystems and the species that depend on them, including pygmy rabbits.

10.    The ongoing loss of habitat and the declining status of pygmy rabbits reduce the likelihood that I will be able to observe and enjoy this species in the wild. The U.S. Fish and Wildlife Service's failure to meet its mandatory deadline to make a timely listing determination deprives pygmy rabbits of the protections Congress intended under the ESA and prolongs the threats facing the species and its habitat. These delays harm my aesthetic, recreational, professional, and conservation interests and will continue unless the Service promptly completes the required listing determination and, if warranted, secures ESA protections for pygmy rabbits and their habitat.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.


May 12, 2026.


_____
Joanna Zhang


Declaration of Joanna Zhang                    4