AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT AND WILDEARTH GUARDIANS | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. |
| U.S. FISH AND WILDLIFE SERVICE; BRIAN NESVIK, in his official capacity as Director for the U.S. Fish and Wildlife Service; and DOUG BURGUM, in his official capacity as Secretary of the Interior | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  U.S. Fish & Wildlife Service          CC: Scott E. Bradford c/o Civil Process Clerk
1849 C Street, NW                        U.S. Attorney for the District of Oregon
Washington, DC 20240                  1000 SW Third Ave Suite 600
                                                     Portland, Oregon 97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Molly Tack-Hooper                    Thomas Delehanty
Earthjustice                              Michael S. Freeman
810 3rd Ave, Suite 610              Earthjustice
Seattle, WA 98104                     1125 17th St., Suite 1010
(206) 343-7340                         Denver, CO 80202
                                              (303) 623-9466

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____05/13/2026_____                    _____
                                                              *Signature of Clerk or Deputy Clerk*