AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT AND WILDEARTH GUARDIANS<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE; BRIAN NESVIK, in his official capacity as Director for the U.S. Fish and Wildlife Service; and DOUG BURGUM, in his official capacity as Secretary of the Interior<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Brian Nesvik                    CC:  Scott E. Bradford c/o Civil Process Clerk
Director, U.S. Fish & Wildlife Serv.    U.S. Attorney for the District of Oregon
1849 C Street, NW                      1000 SW Third Ave Suite 600
Washington, DC 20240                  Portland, Oregon 97204


        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Molly Tack-Hooper              Thomas Delehanty
                                       Earthjustice                    Michael S. Freeman
                                       810 3rd Ave, Suite 610          Earthjustice
                                       Seattle, WA 98104               1125 17th St., Suite 1010
                                       (206) 343-7340                  Denver, CO 80202
                                                                       (303) 623-9466

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                                        *CLERK OF COURT*


Date:        05/13/2026
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*