AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT AND WILDEARTH GUARDIANS<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE; BRIAN NESVIK, in his official capacity as Director for the U.S. Fish and Wildlife Service; and DOUG BURGUM, in his official capacity as Secretary of the Interior<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Todd Blanche
U.S Attorney General
Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Molly Tack-Hooper
Earthjustice
810 3rd Ave, Suite 610
Seattle, WA 98104
(206) 343-7340

Thomas Delehanty
Michael S. Freeman
Earthjustice
1125 17th St., Suite 1010
Denver, CO 80202
(303) 623-9466

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____05/13/2026_____

_____
*Signature of Clerk or Deputy Clerk*